IN THE UNITED STATES DISTRICT COUR
FOR THE WESTERN DISTRICT OF NORTH CAR
ASHEVILLE DIVISION

FILED
Asheville
1/23/2024
U.S. District Court
Western District of N.C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: |
| | ) |    1:24-cr-4-FDW-DCK |
| v. | ) | BILL OF INFORMATION, |
| | ) | |
| | ) | Violation:   18 U.S.C. § 922(g)(1) |
| DAVID MATTHEW LOWE | ) | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
**(Possession of Ammunition while being a Convicted Felon)**

On or about August 12, 2023, in Cleveland County, within the Western District of North Carolina, the defendant,

**DAVID MATTHEW LOWE,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more rounds of ammunition, to wit:

>one round of Remington Arms Company, 9mm ammunition,
>one round of Jagemann, 9mm ammunition,
>one round of Norma Precision, 9mm ammunition,
>one round of Federal Cartridge Corporation, 9mm ammunition,
>five rounds of Blazer, 9mm ammunition,
>one round of Winchester, 9mm ammunition, and
>five rounds of Turan, 9mm cartridge of ammunition,

in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

Notice is hereby given of the provisions of 18 U.S.C. § 924(d) and the statutes incorporated or referred to therein. The ammunition listed below is subject to forfeiture in accordance with § 924(d) because they were involved in, used, or intended to be used in the violation alleged in this bill of indictment. The following property is subject to forfeiture on one or more of the grounds stated above:

    a.   all ammunition involved in the violation set forth in this bill of information.

DENA J. KING
UNITED STATES ATTORNEY

_____

ERIC A. FRICK
SPECIAL ASSISTANT UNITED STATES ATTORNEY