Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ⦿ NO  **DOCKET NUMBER:** 1:24-cr-4-FDW-DCK

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : US vs | DAVID MATTHEW LOWE |
| **COUNTY OF OFFENSE** : | CLEVELAND COUNTY |
| **RELATED CASE INFORMATION** : | SRV Case No. 3:17-CR-00134 |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | None - client is incarcerated on Fed SRV in Meck Co Jail |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ◯ Petty  ◯ Misdemeanor  ⦿ Felony

18 U.S.C. §922(g)(1)

**JUVENILE:**  ◯ Yes  ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Eric Frick |
| **VICTIM/WITNESS COORDINATORS:** | Shirley Rutledge |
| | |
| **INTERPRETER NEEDED** : | No |
| **LIST LANGUAGE AND/OR DIALECT:** | N/A |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | Defendant currently incarcerated on SRV in Mecklenburg Co. jail |