# MINIMUM / MAXIMUM PENALTY FORM
## UNITED STATES ATTORNEY'S OFFICE
## WESTERN DISTRICT OF NORTH CAROLINA

United States v. David Matthew Lowe

Case Number: 1:24-cr-4-FDW-DCK

| COUNT(S) | STATUE | MANDATORY MINIMUM | STATUTORY PENALTIES |
|---|---|---|---|
| 1 | 18 U.S.C. § 922(g)(1) | N/A | 15 year maximum, $250,000 maximum fine, 3 years supervised release maximum or for Armed Career Criminal - 15 year minimum to life, $250,000 maximum fine, 5 years supervised release maximum |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

IS THE DEFENDANT AN ARMED CAREER CRIMINAL?    ☐ YES    ☒ NO

\* For 922(g) cases only

HAS AN 851 ENHANCEMENT BEEN CHARGED/FILED?    ☐ YES    ☒ NO

\* For drug cases only

DID THE DEFENDANT BRANDISH OR DISCHARGE A FIREARM?    ☐ YES    ☒ NO

\* 18 U.S.C. 924(C) ONLY

IF YES    ☐ BRANDISH

☐ DISCHARGE